

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Lorenzo Duwan Smith

**Civil Action No.** 25-cv-02365-RSH-VET

**Plaintiff,**

V.

San Diego Superior Courts

### JUDGMENT IN A CIVIL CASE

**Defendant.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Because the Court finds Plaintiff both fails to state a claim upon which §1983 relief may be granted, and seeks monetary damages from a defendant who is immune, it DISMISSES his complaint sua sponte pursuant to 28 U.S.C. § 1915(e)(2) and § 1915A(b). See Lopez, 203 F.3d at 1126–27; Wilhelm, 680 F.3d at 1121; Chavez, 817 F.3d at 1167. As Plaintiff cannot fix both these pleading deficiencies, the Court DENIES leave to amend as futile. This case is hereby closed.

**Date:** _____ 2/9/26 _____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ M. Fujita _____

M. Fujita, Deputy